BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
ELIZABETH J. STEVENS
Assistant Director
VICTOR M. MERCADO-SANTANA (Pa. 312116)
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 305-7001
Facsimile:  (202) 616 -8962
E-mail:  victor.m.mercado-santana@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Adnan Khurshidullah MEHMOOD, <br><br> Plaintiff, <br><br> v. <br><br> Jeh JOHNSON, Secretary of Homeland Security; <br> Leon RODRIGUEZ, Director, United States Citizenship and Immigration Services; <br> Andrew LAMBRECHT, Field Office Director, Denver Field Office, USCIS <br><br> Defendants. | Case No: 2:16-cv-1561-JAD-CWH <br><br> **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** |

Pursuant to LR IA 11-3, the United States Department of Justice respectfully requests that this honorable Court admit the undersigned Government attorney, Victor M. Mercado-Santana, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the

1

employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Undersigned Government counsel is an attorney with the United States Department of Justice, Civil Division, an agency of the federal government, and is a member in good standing of the bar of the Commonwealth of Pennsylvania (Bar. No. 312116).

The following contact information is provided to the Court:

>VICTOR M. MERCADO-SANTANA (Pa. 312116)
>Trial Attorney
>Office of Immigration Litigation
>United States Department of Justice
>P.O. Box 868, Ben Franklin Station
>Washington, DC  20044
>Telephone:  (202) 305-7001
>Facsimile:  (202) 616 -8962
>E-mail:  victor.m.mercado-santana@usdoj.gov

Accordingly, the United States Department of Justice respectfully requests that the Court admit undersigned Government attorney, Victor M. Mercado-Santana, to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this September 13, 2016.

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>ELIZABETH J. STEVENS<br>Assistant Director | /s/ Victor M. Mercado-Santana<br>VICTOR M. MERCADO-SANTANA<br>Trial Attorney<br>Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC  20044<br>Telephone:  (202) 305-7001<br>Facsimile:  (202) 616 -8962<br>E-mail:  victor.m.mercado-santana@usdoj.gov |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 4, 2016

2

**PROOF OF SERVICE**

I hereby certify that the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICTOF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** was served this date on all parties via the Court's Electronic Case Filing system.

Dated this September 13, 2016.

/s/ Victor M. Mercado-Santana
VICTOR M. MERCADO-SANTANA
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 305-7001
Facsimile:  (202) 616 -8962
E-mail:  victor.m.mercado-santana@usdoj.gov

3